United States District Court
for the
Southern District of Florida

| Terry Pryor, Plaintiff, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Civil Action No. 19-cv-61693-Civ-Scola |
| | ) | |
| Dorothy Ferraro and others, Defendants. | ) | |

## Judgment in a Civil Action

The Court has dismissed this action. (ECF No. 11.) Because the order dismissing this action is a judgment, as defined by Rule 54(a) of the Federal Rules of Civil Procedure, the Court enters judgment in this matter under Rule 58 of the Federal Rules of Civil Procedure. The Clerk will **close** this case.

The Clerk is directed to **mail** a copy of this order to the Plaintiff at the email indicated below.

**Done and ordered** at Miami, Florida, on November 22, 2019.

_____
Robert N. Scola, Jr.
United States District Judge

**Copy via U.S. mail to**:
**Terry Pryor**
#183085
Moore Haven Correctional Facility
Main Unit
Inmate Mail/Parcels
P.O. Box 719001
Moore Haven, Florida 33471